TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00427-CR





 


John Anthony Kerr, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 3021911, HONORABLE STANTON B. PEMBERTON, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Edmund M. "Skip" Davis, is ordered to tender a brief in this cause no later than January 26,
2004. No further extension of time will be granted.

It is ordered December 12, 2003.


Before Justices Kidd, Patterson and Puryear

Do Not Publish